No. 3651. — RODRÍGUEZ, MENOR DE EDAD REPRESENTADO POR SU DEFENSOR IRIZARRY, apdo. *v.* THE NATIONAL CASH REGISTER Co., aplte.—C. D. Mayagüez. Nov. 12, 1925. Daños y perjuicios. Apareciendo del examen de los autos que si bien el alegato del apelante se archivó después de vencido el término, lo fué antes de que se notificara la moción del apelado de octubre 26 último, pidiendo la desestimación del recurso por falta de alegato, vista la regla 58 del Reglamento de esta corte, 17 D.P.R. LXXII, que se considera aplicable por analogía, *no ha lugar* a acceder a lo solicitado.

No. 2404.—EL PUEBLO, apdo., *v.* NOYA, JR., aplte.—C. D. San Juan, Disto. 1º. Nov. 13, 1925. Acometimiento y agresión. No resultando que la corte inferior haya cometido el único error que se alega en este recurso por no haber suspendido la celebración del juicio a petición del acusado fundada en la incomparecencia de su abogado, toda vez que no se alegó motivo alguno para dejar de asistir al juicio, se confirmó la sentencia apelada.

No. 24.—EX PARTE MÉNDEZ SERRANO, peticionario. — Nov. 16, 1925. Admisión al ejercicio de la abogacía. No probándose que el peticionario haya practicado su profesión en algún bufete de abogado autorizado para ejercerla, puesto que la manifestación no jurada del abogado Sr. González Mena se refiere solamente a práctica que el peticionario ha tenido en conexión con su bufete, y por el fundamento de nuestra resolución de hoy en el caso de Ex parte Francisco López, *no ha lugar a conceder* lo solicitado.